Joseph BURGE d/b/a Burge
Ice Service, Appellant,

v.

PRESTON REFRIGERATION CO., and
York International Corp. d/b/a
Frick Co., Respondents.

No. WD 45253.

Missouri Court of Appeals,
Western District.

July 21, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 1, 1992.

Rodger John Walsh, Independence, for appellant.

James L. Baker, Merrick, Baker, Fox, Hufft & Strauss, Kansas City, for respondent Preston Refrigeration Co.

Michael J. Jerde, Morrison & Hecker, for respondent York Intern. Corp.

Before SPINDEN, P.J., and TURNAGE and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM:

Appeal from judgment entered on jury verdict in favor of defendants in a suit based on an implied warranty of fitness.

Judgment affirmed. Rule 84.16(b).